**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JH

In the Matter of

Robert Knowles v. Angelia Hopson; Renewable Resources, LLC; and Safety Solutions, Inc.

07CV 6131
JUDGE MORAN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Knowles, Plaintiff

FILED
OCT 3 0 2007   NF
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) S. Bradley Shipe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Wagner, Johnston & Rosenthal, P.C. | |
| STREET ADDRESS Suite 300 - 5855 Sandy Springs Circle | |
| CITY/STATE/ZIP Atlanta, Georgia 30328 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6271441 | TELEPHONE NUMBER 404-261-0500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |