UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

ROBERT KNOWLES,

        Plaintiff,

vs.

ANGELIA HOPSON; RENEWABLE
RESOURCES, LLC; AND SAFETY
SOLUTIONS, INC.

        Defendants.

Case No: 07 CV 6131
Judge James B. Moran
Courtroom 1843
Magistrate Judge Jeffrey Cole
Courtroom 1838

---

### MOTION TO DISMISS COMPLAINT AT LAW

---

Defendants, Angelia Hopson ("Hopson"); Renewable Resources, LLC ("Renewable"); and Safety Solutions, Inc. ("Safety") (collectively, the "Defendants"), by their attorneys, pursuant to Rule 12(b)(6), Fed. R. Civ. P., move this court to dismiss the four count complaint in its entirety.

Plaintiff, Robert Knowles ("Knowles"), brought this action seeking rescission of an investment in Renewable and other remedies. Count I for alleged federal securities violations must be dismissed because it fails to meet the stringent pleading requirements under Fed. R. Civ. P. 9(b) ("Rule 9(b)") and the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

Count II is based on alleged violations of Illinois securities laws by the Defendants. In his complaint, Knowles has failed to identify which provisions of the Illinois Securities Law of 1953 have been violated. Count II also fails to plead other requisite elements necessary to support a claim upon which relief can be granted.

Count III is based on common law fraud, whereas Count IV is premised on the theory of

unjust enrichment. Each of Count III and IV are deficient in failing to plead all requisite elements necessary to state a claim upon which relief can be granted.

Accompanying this motion is Defendants' Memorandum of Law. Concurrently, Defendants are filing their Motion For A More Definite Statement.

Wherefore, Defendants, Angelia Hopson; Renewable Resources, LLC; and Safety Solutions, Inc. move this court to dismiss Robert Knowles' complaint, in its entirety, with prejudice, and for such other and further relief the court deems appropriate.

>s/Vincent Vigil
>Vincent Vigil
>35 East Wacker Drive
>Suite 500
>Chicago, IL 60601
>Phone 312- 236-0475
>Fax    312-236-1750
>E-mail: vincent_vigil@gshllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thiersch@gtpclaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Steven Bradley Shipe
Wagner, Johnston & Rosenthal, P.C.
5855 Sandy Springs Circle
Suite 300
Atlanta, GA 30328

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax     312-236-1750
E-mail: vincent_vigil@gshllc.com