UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

ROBERT KNOWLES,

        Plaintiff,

vs.

ANGELIA HOPSON; RENEWABLE
RESOURCES, LLC; AND SAFETY
SOLUTIONS, INC.

        Defendants.

Case No: 07 CV 6131
Judge James B. Moran
Courtroom 1843
Magistrate Judge Jeffrey Cole
Courtroom 1838

---

**MOTION FOR A MORE DEFINITE STATEMENT**

---

Defendants, Angelia Hopson ("Hopson"); Renewable Resources, LLC ("Renewable"); and Safety Solutions, Inc. ("Safety") (collectively, the "Defendants"), by their attorneys, pursuant to Rule 12(e), Fed. R. Civ. P., move this court for a more definite statement with respect to Counts I and II of Plaintiff, Robert Knowles' ("Knowles") complaint.

Count I is based on alleged federal securities violations by the Defendants. Knowles vaguely and ambiguously alleges that "Defendants' conduct constitutes multiple violations of securities laws of the United States, 15 U.S.C. § 77(a), et. seq." (¶ 29, p. 9). Because Knowles has failed to allege with specificity which section(s) of the federal securities laws has/have been allegedly violated, Defendants cannot frame a responsive pleading to Count I.

Count II is based on alleged violations of Illinois securities laws by the Defendants. Knowles vaguely and ambiguously alleges that "Defendants' conduct constitutes multiple violations of the Illinois Securities Law of 1953, 815 ILCS 5/1, et. seq." (¶ 33, p. 10). Because Knowles has failed

to allege with specificity which section(s) of the Illinois securities laws has/have been allegedly violated, Defendants cannot frame a responsive pleading to Count II.

Accompanying this motion is Defendants' Rule 12(b)(6) Motion To Dismiss Complaint At Law and Memorandum Of Law in support thereof.

Wherefore, Defendants, Angelia Hopson; Renewable Resources, LLC; and Safety Solutions, Inc. move this court to for a more definite statement with respect to Counts I and II of Robert Knowles' complaint.

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax     312-236-1750
E-mail: vincent_vigil@gshllc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thiersch@gtpclaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Steven Bradley Shipe
Wagner, Johnston & Rosenthal, P.C.
5855 Sandy Springs Circle
Suite 300
Atlanta, GA 30328

                                    s/Vincent Vigil
                                    Vincent Vigil
                                    35 East Wacker Drive
                                    Suite 500
                                    Chicago, IL 60601
                                    Phone 312- 236-0475
                                    Fax    312-236-1750
                                    E-mail: vincent_vigil@gshllc.com