UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT KNOWLES,

       Plaintiff,

vs.

ANGELIA HOPSON; RENEWABLE
RESOURCES, LLC; AND SAFETY
SOLUTIONS, INC.

       Defendants.

Case No: 07 CV 6131
Judge James B. Moran
Courtroom 1843
Magistrate Judge Jeffrey Cole
Courtroom 1838

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:    Steven Bradley Shipe
        Wagner, Johnston & Rosenthal, P.C.
        5855 Sandy Springs Circle
        Suite 300
        Atlanta, GA 30328

        Garosalo & Thiersch PC
        150 N. Wacker Drive.
        Suite 2020
        Chicago, IL 60606

PLEASE TAKE NOTICE that on Tuesday, November 27, 2007, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran in Courtroom 1843 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Motion For a More Definite Statement which is hereby served upon you.

    s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax     312-236-1750
E-mail: vincent_vigil@gshllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thiersch@gtpclaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Steven Bradley Shipe
Wagner, Johnston & Rosenthal, P.C.
5855 Sandy Springs Circle
Suite 300
Atlanta, GA 30328

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax     312-236-1750
E-mail: vincent_vigil@gshllc.com