UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT KNOWLES,

       Plaintiff,

vs.
                                          Case No: 07 CV 6131
                                          Judge James B. Moran
ANGELIA HOPSON; RENEWABLE            Courtroom 1843
RESOURCES, LLC; AND SAFETY             Magistrate Judge Jeffrey Cole
SOLUTIONS, INC.                                 Courtroom 1838

       Defendants.

## CORPORATE DISCLOSURE

The undersigned counsel for Defendants, Renewable Resources, LLC and Safety Solutions, Inc., by and though their attorneys, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1 and L.R. 3.2.

1.     Defendant Renewable Resources, LLC has no parent corporation.

2.     Defendant Safety Solutions, Inc. has no parent corporation.

3.     The following is a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of Renewable Resources, LLC: None.

4.     The following is a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of Safety Solutions, Inc.: None.

Dated: November 20, 2007

                                          s/Vincent Vigil
                                          Vincent Vigil
                                          35 East Wacker Drive, Suite 500
                                          Chicago, IL 60601
                                          Phone 312- 236-0475
                                          Fax    312-236-1750
                                          E-mail: vincent_vigil@gshllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thiersch@gtpclaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Steven Bradley Shipe<br>
Wagner, Johnston & Rosenthal, P.C.<br>
5855 Sandy Springs Circle<br>
Suite 300<br>
Atlanta, GA 30328

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive, Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax     312-236-1750
E-mail: vincent_vigil@gshllc.com