## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Robert Knowles

                              Plaintiff,

v.                                                     Case No.: 1:07−cv−06131
                                                                     Honorable James B. Moran

Angelia Hopson, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 27, 2007:

      MINUTE entry before Judge James B. Moran :Motion hearing held on 11/27/2007 regarding motion for more definite statement[13]. Plaintiff's response to defendants motion for a more definite statement [13] to be filed by 12/11/2007. Defendants39; reply in support of motion [13] to be filed by 12/26/2007. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.