# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on November 20, 2007, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Robert M. Dow, Jr., therefore

IT IS HEREBY ORDERED that the attached list of cases be reassigned to the Honorable Robert M. Dow, Jr.

IT IS FURTHER ORDERED that this order shall become effective on Friday, December 7, 2007.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge

Dated at Chicago, Illinois this 6th day of December, 2007.

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Wayne R. Andersen

| | |
|---|---|
| 1:04-cv-03109 | Hagenbuch v. 3B6 Sistemi Ind SRL |
| 1:04-cv-07299 | Sprintcom Inc v. Slovenian Cultural |
| 1:06-cv-00213 | Jackson v. American Airlines |
| 1:06-cv-03380 | Shales v. Meyer Material Company |
| 1:06-cv-05907 | Sawyer et al v. Nicholson et al |
| 1:07-cv-00793 | Knova Software, Inc. v. Glover |
| 1:07-cv-02183 | Bruski v. Menu Foods, Inc. et al |
| 1:07-cv-03103 | Williams v. Cook County et al |
| 1:07-cv-03905 | R.C.M. Industries, Inc. v. Group Adm |
| 1:07-cv-04969 | Thomas v. City of Chicago et al |
| 1:07-cv-05737 | Sanders v. Weatherly et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Elaine E. Bucklo

| | |
|---|---|
| 1:04-cv-08043 | Gates-Agbor v. Will County Sheriff's Dept. |
| 1:06-cv-01533 | Laborers' Pension Fund et al v. JLA |
| 1:06-cv-04531 | Jones v. Vitas Healthcare Corporation |
| 1:07-cv-00004 | Quinones et al v. Areizaga et al |
| 1:07-cv-01196 | Mosson v. Elle |
| 1:07-cv-02333 | Cicilline v. Jewel Food Stores, Inc. |
| 1:07-cv-03142 | Ivanova v. Euroamerican Foods, Inc. |
| 1:07-cv-03931 | Bahr v. Sunrise Senior Living, Inc. |
| 1:07-cv-04650 | Ilyas vs Trans Union, LLC. |
| 1:07-cv-05376 | Mack v. Law Offices of Bradley J. Rephen, PC |
| 1:07-cv-06054 | Alessi v. Liberty Point Corporation |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Ruben Castillo

| | |
|---|---|
| 1:04-cv-02155 | Gates v. Towery |
| 1:06-cv-07195 | Nature Coast Collections, Inc. v. Consortium Service Mgt |
| 1:07-cv-01246 | Collins et al v. Heritage Wine Cellars |
| 1:07-cv-02580 | Cruz v. Cook County et al |
| 1:07-cv-03116 | Brill et al v. Baird & Warner |
| 1:07-cv-03952 | Bishop et al v. Vensons et al |
| 1:07-cv-04891 | Escobar et al v. Adventist Glenoaks |
| 1:07-cv-05475 | DeBartolo v. Trustmark Insurance |
| 1:07-cv-05338 | Konewko v. Dickler, Kahn, Slowikowsi |
| 1:07-cv-05923 | Mejia v. Town of Cicero et al |
| 1:07-cv-06357 | Prominent Consulting, LLC v. Allen Brothers, Inc. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable David H. Coar

| | |
|---|---|
| 1:05-cv-02445 | White v. Polk et al |
| 1:05-cv-04589 | Adeszko v. Carol Stream Police Dept. |
| 1:06-cv-02182 | Caldwell v. Spencer et al |
| 1:06-cv-05397 | Coburn v. Potter |
| 1:06-cv-06850 | Cortina et al v. Hotel and Rest. Emp. Local 1 |
| 1:07-cv-00229 | Union Pacific Railroad Company v. CTA |
| 1:07-cv-04022 | Allen Brothers, Inc. v. Hamilton |
| 1:07-cv-04815 | Cement Masons Pension Fund v. Distinctive Concrete, Ltd. |
| 1:07-cv-05317 | EEOC v. Orrington |
| 1:07-cv-05931 | Quddussi et al v. Dorochoff et al |
| 1:07-cv-06334 | Green v. Ducar et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Suzanne B. Conlon

| | |
|---|---|
| 1:07-cv-03035 | Weddington et al v. City of Chicago |
| 1:07-cv-01849 | Sieczka v. Canadian Pacific Railway |
| 1:07-cv-04190 | Johnson-Ester et al v. Elyea et al |
| 1:07-cv-04648 | Edge Capture L.L.C. et al v. Citadel |
| 1:07-cv-05509 | Lipscomb v. Knapp et al |
| 1:07-cv-06084 | Hartford Casualty Insurance v. Deli-Time, et al. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable John W. Darrah

| | |
|---|---|
| 1:05-cv-07030 | Linehan v. Golden Nugget et al |
| 1:06-cv-04488 | Wilhelm Publishing, Inc. v. International Profit Assoc. |
| 1:06-cv-06470 | Chamiga et al v. Midwest Capital Leasing Corp. |
| 1:07-cv-00957 | Iron Workers' Local 63 Welfare Fund v. IW&G, Inc. |
| 1:07-cv-02188 | Olson et al v. Equifax Information |
| 1:07-cv-03121 | Kimberly-Clark Corporation et al v. Medline Industries |
| 1:07-cv-03982 | Harris v. City of Chicago Streets and Sanitation Dept |
| 1:07-cv-04742 | Wilson v. Nicholson |
| 1:07-cv-05520 | Raza v. Chertoff et al |
| 1:07-cv-05996 | Hartford Casualty Insurance Company v. Friedman |
| 1:07-cv-06418 | J&J Sports Productions, Inc. v. Reye |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Samuel Der-Yeghiayan

| | |
|---|---|
| 1:05-cv-06920 | Catalan et al v. RBC Mortgage Compan |
| 1:07-cv-00303 | Patty-Suggs et al v. Oglesby et al |
| 1:07-cv-01333 | Only The First, Ltd. v. Seiko Epson |
| 1:07-cv-02454 | Iosello v. Leiblys, LLC et al |
| 1:07-cv-03037 | Palmeri v. United Parcel Service |
| 1:07-cv-03711 | Kimbrough v. P.O. Pittman, |
| 1:07-cv-04119 | Fernandez et al v. Gonzales et al |
| 1:07-cv-04910 | Edwards v. Village of Park Forest et al. |
| 1:07-cv-05323 | Doppelt v. Morris |
| 1:07-cv-05697 | CRA Rogerscasey LLC v. Lupstein |
| 1:07-cv-06060 | Pruco Life Insurance Company v. Ristick, et al. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Mark Filip

| | |
|---|---|
| 1:05-cv-00389 | Hubbard, Thomas v. Ameriquest Mortgage |
| 1:05-cv-05425 | Arrey v. Wickes Furniture, Inc. |
| 1:06-cv-03076 | Dvore v. Casmay et al |
| 1:06-cv-05544 | Legore v. Victory Memorial Hospital |
| 1:07-cv-00191 | Groff v. Dempsey |
| 1:07-cv-01884 | Croom v. Smith et al |
| 1:07-cv-03453 | Woischke et al v. Monaco Coach Corp |
| 1:07-cv-04351 | IFC Credit Corporation et al v. Tiss |
| 1:07-cv-05161 | Robinson v. International Truck |
| 1:07-cv-05891 | Will County Carpenters Pension Fund v. Contour Systems |
| 1:07-cv-06361 | Alvarado et al v. Corporate Cleaning |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Robert W. Gettleman

| | |
|---|---|
| 1:00-cv-07289 | Cebertowicz v. Chrans |
| 1:04-cv-07781 | FTC v. Capital Acquisitions |
| 1:05-cv-05206 | Jones et al v. Marriot Hotel Service |
| 1:06-cv-03105 | Hill v. Potter |
| 1:06-cv-05920 | Clark v. Polk et al |
| 1:07-cv-00301 | Wilson et al v. Dempsey et al |
| 1:07-cv-01462 | APC Filtration Inc v. Becker et al |
| 1:07-cv-02337 | Thomas v. Jackson et al |
| 1:07-cv-03301 | Jeffrey v. Met Logistics, Inc. |
| 1:07-cv-05742 | Central States Pension Fund v. G & J Cartage |
| 1:07-cv-06193 | Blahnik v. Roccovino II, Inc. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Joan B. Gottschall

| | |
|---|---|
| 1:03-cv-01907 | Higgins v. Village of River Forest |
| 1:04-cv-06986 | Paul v. Tellez |
| 1:05-cv-03688 | Mellenthin v. SBC-Ameritech |
| 1:05-cv-06586 | Campos v. Eighteenth Judicial Circuit |
| 1:06-cv-05795 | Grohe America, Inc. v. CEG Holdings, |
| 1:07-cv-01006 | Sherden v. Cellular Advantage, Inc. |
| 1:07-cv-02349 | Lutiejn v. Land Rover North America, |
| 1:07-cv-03699 | Reed v. Guardian Group Long Term Disability |
| 1:07-cv-04750 | Truck Drivers Pension Fund v. DMS Trucking |
| 1:07-cv-05730 | Henning v. Astrue |
| 1:07-cv-06431 | United States of America v. Suarez |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Ronald A. Guzman

| | |
|---|---|
| 1:05-cv-04699 | Gilbert v. Illinois State Board of Education |
| 1:06-cv-02924 | Weeden v. United States et al |
| 1:06-cv-05021 | Onesto v. Brownfield et al |
| 1:07-cv-00361 | Native American Arts, Inc. v. Maigua |
| 1:07-cv-02046 | HMC Holdings, LLC v. Perito et al |
| 1:07-cv-02991 | Nelson et al v. Gonzalez et al |
| 1:07-cv-03742 | Hare v. Custable et al |
| 1:07-cv-04617 | Venegas v. Federated Retail Holdings |
| 1:07-cv-05409 | Punski v. Karbal |
| 1:07-cv-05904 | Chicago Carpenters Council v. Environmental Success |
| 1:07-cv-06392 | Laborers' Pension Fund et al v. Huds |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable William J. Hibbler

| | |
|---|---|
| 1:06-cv-02348 | Truly v. Chambers et al |
| 1:06-cv-06810 | Piribauer v. Ankarlo et al |
| 1:07-cv-02143 | Napleton v. Ford Motor Company |
| 1:07-cv-03817 | Aliano v. Maxmara Retail, Ltd. et al |
| 1:07-cv-05392 | Troy v. C.C.C.B. Company Inc. et al |
| 1:07-cv-06490 | Brown et al v. City of Markham et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable James F. Holderman

| | |
|---|---|
| 1:05-cv-05711 | Rafferty v. Avanade, Inc. |
| 1:06-cv-03853 | George Foreman Enterprises, Inc. v. Z-Trim Holdings |
| 1:07-cv-00682 | Sompo Japan Insurance Co. v. Alliance Transportation |
| 1:07-cv-02911 | Sallis v. Portfolio Ambassador East, |
| 1:07-cv-04718 | Bobak Sausage Company v. A&J Seven Bridges, Inc. |
| 1:07-cv-05308 | D'Amico et al v. Interbay Funding |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Virginia M. Kendall

| | |
|---|---|
| 1:05-cv-05415 | National Production Workers Ins. Trust v. Cigna Corp. |
| 1:06-cv-02386 | Roger Dubuis North America, Inc. v. Geneva Seal, Inc. |
| 1:06-cv-05943 | Mendoza et al v. United States of America |
| 1:07-cv-00931 | Castro v. City of Chicago et al |
| 1:07-cv-01736 | Jabouri v. Chertoff |
| 1:07-cv-02642 | Sequel Capital, LLC v. Pearson et al |
| 1:07-cv-03513 | Dupree v. Greyhound Lines, Inc. et al. |
| 1:07-cv-04453 | Schering-Plough Corporation v. Hewitt Associates |
| 1:07-cv-05082 | Goldstein Smith et al v. Experian Information |
| 1:07-cv-05638 | Rollins et al v. Manorcare Health Services |
| 1:07-cv-05668 | Dicam, Inc. v. United States Cellullar Corp. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Matthew F. Kennelly

| | |
|---|---|
| 1:05-cv-05011 | Chicago United Industries, Ltd. v. Chcago |
| 1:06-cv-02272 | Central States Pension Fund v. Air Express International |
| 1:06-cv-06273 | Krawczyk v. Blatt, Hasenmiller |
| 1:07-cv-00968 | Exelon Generation Company, LLC et al |
| 1:07-cv-02231 | Hayes et al v. City of Chicago |
| 1:07-cv-03129 | Frieson v. Cook County |
| 1:07-cv-03926 | Murillo v. Commissioner of Social Security |
| 1:07-cv-04741 | Nordloh v. Tuschall Engineering Comp |
| 1:07-cv-05372 | Pullano v. Chertoff |
| 1:07-cv-05872 | Painters Pension Fund v. D & P Chicago, Inc. |
| 1:07-cv-06384 | Kidder v. Johnson & Johnson et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Joan H. Lefkow

| | |
|---|---|
| 1:06-cv-00645 | Hicks v. Irvin et al |
| 1:06-cv-03528 | Vetter et al v. Dozier et al |
| 1:06-cv-06338 | IFC Credit Corporation v. Centrix Co |
| 1:07-cv-01144 | Liquid Container, L.P. v. Industrial Risk Insurers |
| 1:07-cv-02144 | Cooper et al v. Daley et al |
| 1:07-cv-03478 | Powers v. Hewlett-Packard Company |
| 1:07-cv-03961 | International Paper Company v. Harris, NA |
| 1:07-cv-04555 | Yarko v. JKL Partners, Inc. et al |
| 1:07-cv-05146 | Gallop Logistics v. G&S Expedited Freight, Ltd. |
| 1:07-cv-05903 | Carpenters Pension Fund v. Mamax, Inc. |
| 1:07-cv-06462 | Central Ohio Energy Inc v. Saudi Arabian Oil Co., et al. |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Harry D. Leinenweber

| | |
|---|---|
| 1:05-cv-03198 | 360networks Tennessee, LLC vs. Illininois Central RR |
|     1:05-cv-03200 | 360networks Mississippi LLC v. Illinois Central RR |
|     1:06-cv-05558 | Illinois Central Railroad Company v. 360Networks |
| 1:06-cv-03780 | Patrick v. City Of Chicago et al |
| 1:06-cv-06789 | Blackwell v. Battaglia et al |
| 1:07-cv-01924 | Bianco et al v. Purelight, Inc. et a |
| 1:07-cv-03514 | Hesse v. Learning Curve Brands, Inc. |
|     1:07-cv-03609 | Deke v. RC2 Corporation et al |
|     1:07-cv-03614 | Walton v. RC2 Corporation et al |
|     1:07-cv-03682 | O'Leary v. Learning Curve |
|     1:07-cv-03707 | Djurisic v. Apax Partners, Inc. et a |
|     1:07-cv-03747 | Reddell et al v. Learning Curve Brands |
|     1:07-cv-04187 | Rohde et al v. Learning Curve Brands |
|     1:07-cv-04547 | Kreiner v. RC2 Corp. |
|     1:07-cv-04642 | Wilson v. Learning Curve |
| 1:07-cv-04618 | M3Medical Management Services, Ltd. v. Lopez |
| 1:07-cv-05654 | Larry Maurice Banks, Inc. v. Elgin Mental Health Center |
| 1:07-cv-06044 | Holmstrom v. Metropolitan Life Insurance |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Blanche M. Manning

| | |
|---|---|
| 1:04-cv-00758 | Lewis v. Budz |
| 1:06-cv-00815 | Geraty v. Metra |
| 1:06-cv-03757 | Delgado v. Mak et al |
| 1:06-cv-05447 | Cano et al v. Herrig et al |
| 1:07-cv-01330 | Hardnick v. United States of America |

| | |
|---|---|
| 1:07-cv-02922 | Sterling Federal Bank, F.S.B. v. Credit Suisse First Boston |
| 1:07-cv-03788 | Huber v. Life Insurance Company of North America |
| 1:07-cv-04339 | American Portfolio Mortgage Corp. v. Just Mortgage |
| 1:07-cv-04952 | Zeeco Metals Inc v. Jim Anderson Trucking |
| 1:07-cv-05596 | Jackson v. Household Bank Card Services |
| 1:07-cv-06015 | Davis v. Winnetka Police Dept. et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable James B. Moran

| | |
|---|---|
| 1:03-cv-09421 | American Hardware Mfr v. Reed Elsevier |
| 1:05-cv-03812 | Chao v. Linder et al |
| 1:06-cv-02053 | Wessels v. NII-JII Entertainment, |
| 1:07-cv-00530 | Johns v. Amtrak Police Unit |
| 1:07-cv-02934 | Follman v. Hospitality Plus of Carpentersville |
| 1:07-cv-03958 | Sigala et al v. Valeriano et al |
| 1:07-cv-05009 | Perez v. Forest Preserve District of DuPage County |
| 1:07-cv-06131 | Knowles v. Hopson et al |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Charles R. Norgle

| | |
|---|---|
| 1:04-cv-02767 | El-Bakly v. Autozone Inc |
| 1:05-cv-03549 | Perez v. Globe Ground North America |
| 1:06-cv-01689 | Hildwein v. Village of Riverside |
| 1:06-cv-04703 | Holtz v. Piranha Capital, L.P. et al |
| 1:07-cv-00674 | O'Dea-Evans v. A Place For Mom, Inc. |
| 1:07-cv-02268 | Atlantic Recording Corp., et al. v. Phalesia Visione |
| 1:07-cv-03446 | Engelberth v. Ellickson et al |
| 1:07-cv-04240 | Atlantic Mutual Insurance Company v. Pickus, et al. |
| 1:07-cv-04992 | Trustees Plumbers' Local 93 v. Exceptional Plumbing |
| 1:07-cv-05627 | Stecyna v. JHS LLC et al |
| 1:07-cv-06205 | Divane et al v. Delectric Shop, Inc |

Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Rebecca R. Pallmeyer

| | |
|---|---|
| 1:06-cv-00462 | Federal Insurance Company v. Arthur |
| 1:06-cv-00588 | Brandt v. Village of Winnetka |
| 1:06-cv-03530 | Ritchie v. Burlington Northern Santa Fe RR |
| 1:06-cv-06143 | Native American Arts, Inc. v. King |
| 1:07-cv-00709 | Griffin, Kubik, Stephens & Thompson v. Tofilon, et al., |
| 1:07-cv-01815 | Williams v. Sims et al |
| 1:07-cv-02722 | LaSalle Bank National Association v. Paloian, et al. |

       1:07-cv-02815    LaSalle Bank National Association v. Comm. Uninsured Creditors
       1:07-cv-05231    LaSalle Bank National Association v. Paloian, et al,
       1:07-cv-05232    Paloian v. LaSalle Bank National Association, et al.
1:07-cv-04193    Downs v. Brickmen et al
1:07-cv-05078    Kimberly Simmons v. Janik
1:07-cv-05702    Painters Pension Fund v. DePinto Drywall and Painting
1:07-cv-06298    Pressure Specialist, Inc. v. Archon


Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Milton I. Shadur

1:04-cv-03367    Degorski v. Wilson
1:05-cv-04117    Thomas et al v. City of Harvey et al
1:06-cv-01895    Ellis v. McKinney
1:06-cv-05089    United States of America v. Teichman
1:06-cv-06484    Mirza v. Neiman Marcus
1:07-cv-01382    Bollie v. Waubonsee Community College Trustees
1:07-cv-03229    London v. Affinity Internet, Inc.
1:07-cv-03826    Bryan v. Unknown Officers et al
1:07-cv-05097    Taylor v. Chicago Police Department
1:07-cv-05587    Cunningham v. Shoreline Sightseeing
1:07-cv-05980    Resurrection Health Care v. GE Health


Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable Amy J. St. Eve

1:05-cv-05518    Betley et al v. Kohl's Department Store
1:06-cv-02402    The Guarantee Title & Trust Company
1:06-cv-05335    ACE Hardward Corporation v. Marn, Inc,
1:07-cv-00422    Martinez et al v. The City of Chicago
1:07-cv-01322    Construction and Design Company et al.
1:07-cv-02341    Fuller v. Hulick et al
1:07-cv-02951    Howard v. Health Care Service Corp.
1:07-cv-03649    Horne v. Liebhart et al
1:07-cv-04210    Lewitton v. ITA Software, Inc.
1:07-cv-04772    Central States Pension v. Warner and Sons, Inc.
1:07-cv-05228    Garcia - Acosta et al v. Dorochoff


Cases to be Reassigned to the Honorable Robert M. Dow, Jr,
from the Honorable James B. Zagel

1:04-cv-00346    WM Wrigley Jr. Co v. Cadbury Adams
1:04-cv-07587    Imagecube LLC v. Boeing Co
1:05-cv-06959    Laborers' Pension Fund v. Herlt

| | |
|---|---|
| 1:06-cv-02698 | Lim v. Unknown Person et al |
| 1:06-cv-04630 | Hotel Employees Welfare Fund v. Printer's Row, LLC |
| 1:06-cv-06498 | Native American Arts, Inc. v. The Sportsman's Guide |
| 1:07-cv-03149 | Krippelz v. Ford Motor Company |
| 1:07-cv-03979 | NECA-IBEW Local No. 176 v. LaSalle National Bank |
| 1:07-cv-04810 | Hancock et al v. Downtown Disposal |
| 1:07-cv-05712 | Goveia et al v. Rail Terminal Service |
| 1:07-cv-06471 | Bartosik v. City of Chicago et al |