IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KNOWLES, | |
| Plaintiff, | Civil Action No. 07-CV-6131 |
| v. | Judge Robert M. Dow |
| ANGELIA HOPSON; RENEWABLE RESOURCES, LLC; AND SAFETY SOLUTIONS, INC.; | |
| Defendants. | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT**

The Plaintiff, Robert Knowles, responds to Defendants' <u>Motion for a More Definite Statement</u> as follows:

Concurrent herewith, Knowles is filing <u>Plaintiff's Response to Defendants' Motion to Dismiss</u>, and Knowles hereby incorporates that brief herein.

As shown in that brief, each of the four-counts of Knowles' Complaint (asserting violations of Federal and Illinois securities laws (Counts I and II, respectively), common law fraud (Count III), and unjust enrichment (Count IV)) have been properly pled.

Additionally, Knowles' response to Defendants' motion to dismiss shows that Knowles has met the pleading requirements associated with Counts I and II. The Complaint properly puts Defendants on notice of the nature of Knowles'

securities laws claims, and Knowles is not required to provide a more particular pleading to assert those claims.

## CONCLUSION

For the foregoing reasons, Defendants' motion for a more particular statement should be denied.

Respectfully submitted, this 11th day of December, 2007.

Wagner, Johnston & Rosenthal P.C.
5855 Sandy Springs Circle
Suite 300
Atlanta, GA  30328
(404) 261-0500

By: : s/S. Bradley Shipe/
    S. Bradley Shipe

    Attorneys for Plaintiff Robert Knowles

Garofalo & Thiersch, P.C.
150 N. Wacker Drive
Suite 2020
Chicago, IL 60606
(312) 743-6000

By: : s/Alex R. Thiersch/
    Alex R. Thiersch

    Attorneys for Plaintiff Robert Knowles

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing **Plaintiff's Response to Defendants' Motion for More Particular Statement** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Vincent Vigil, Esq.
33 East Wacker Drive, Suite 500
Chicago, Illinois 60601

    Respectfully submitted this 11th day of December, 2007.


Garofalo & Thiersch, P.C.
150 N. Wacker Drive
Suite 2020
Chicago, IL 60606
(312) 743-6000

By:  s/Alex R. Thiersch/
    Alex R. Thiersch

    Attorneys for Plaintiff Robert Knowles