### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ROBERT KNOWLES,<br><br>     Plaintiff,<br><br>v.<br><br>ANGELIA HOPSON; RENEWABLE RESOURCES, LLC; AND SAFETY SOLUTIONS, INC.;<br><br>     Defendants. | Civil Action No. 07-CV-6131<br><br>Judge Robert M. Dow |

## JOINT STATUS REPORT

A.   Nature of the Case:

(1)   List the attorneys of record for each party, including the attorney(s) who would try the case if it proceeds to trial:

**Plaintiff:**

**S. Bradley Shipe**
**Wagner, Johnston & Rosenthal, P.C.**
**Suite 300**
**5855 Sandy Springs Circle**
**Atlanta, Georgia 30328**
**(404) 261-0500**

**Alex R. Thiersch**
**Garofalo & Thiersch, P.C.**
**150 N. Wacker Drive**
**Suite 2020**
**Chicago, Illinois 60606**
**(312) 743-6000**

**Mr. Shipe would try the case for Plaintiff if it went to trial.**

**Defendants:**

**Vincent Vigil**
**Gonzalez Saggio and Harlan L.L.C.**
**35 East Wacker Drive**
**Suite 500**
**Chicago, Illinois 60601**
**(312) 236-0475**

**Darryl Tom**
**Gonzalez Saggio and Harlan L.L.C.**
**35 East Wacker Drive**
**Suite 500**
**Chicago, Illinois 60601**
**(312) 236-0475**

**Vincent Vigil and/or Darryl Tom would try the case for Defendants if it went to trial.**

(2)    Indicate the basis for federal jurisdiction:

**Plaintiff's complaint alleges diversity jurisdiction as well as claims involving Federal Securities laws, 15 U.S.C. § 77(a), et. seq.**

(3)    Describe the nature of the claims asserted in the complaint and any counterclaims:

**Plaintiff's complaint asserts claims of violations of the Federal and Illinois securities laws, common law fraud, and unjust enrichment.**

(4)    Provide the name of any party who or which has not been served, and any fact or circumstance related to non-service of process on such party.

**All parties have been served.**

(5)    List the principal legal issues in the case.

**Defendants have moved to dismiss the complaint pursuant to Fed.R.Civ.P. 12(b)(6) and to have the complaint pled with more particularity pursuant to Rule 12(e). Because these motions are pending, Defendants have not filed an answer to the complaint. As a result, the parties do not know what the principal legal issues are at this time.**

(6)    Describe the principal factual issues:

**Defendants have moved to dismiss the complaint and to have the complaint pled with more particularity. Because of these motions, Defendants have not filed an answer to the complaint. As a result, the parties do not know what the principal factual issues are at this time.**

(7)    Note whether a jury trial has been demanded by any party.

**A jury trial has been demanded.**

B.    Proceedings to Date:

(1)    Provide a summary description (including dates) of all substantive rulings that have

been issued in the case:

**None.**

(2)    Describe briefly all pending motions, including the date each motion was filed, and set forth all current briefing schedules on such motions.

**On November 20, 2007, Defendants filed a motion to dismiss and a motion for more definitive statement. The motions have been fully briefed.**

(3)    Identify all anticipated motions.

**None at this time.**

(4)    Provide a copy of the most recent scheduling order that has been entered.

**There have not been any scheduling orders entered.**

(5)    Provide a copy of any written status reports that have been filed.

**There have not been any previous written status reports filed with the Court.**

C.    Discovery:

(1)    Identify the date that discovery began.

**Discovery has not yet begun because of the pending motions.**

(2)    Describe discovery that has been taken to date and any remaining discovery.

**None.**

(3)    Note whether a discovery cutoff has previously been set.

**The Court has not set any discovery cutoffs.**

(4)    Identify any pending discovery disputes.

**There are no pending discovery disputes.**

(5)    If there is no existing discovery cutoff, suggest a cutoff date.

**The parties are not able to suggest any cutoff dates in light of the pending motions.**

D.    Trial:

    (1)    State whether the case is ready for trial.

**The case is not ready for trial.**

    (2)    If so, identify the earliest date the parties would be ready to commence a trial.

**Cannot be determined at present.**

    (3)    Provide the estimated length of trial.

**In light of the current status of the case, the parties are unable to estimate a length of trial.**

    (4)    Identify whether a final pre-trial order has been filed or is in the process of being prepared.

**No pre-trial order has been issued by the Court, and the parties are not in the process of preparing a pre-trial order.**

    (5)    State whether the parties unanimously consent to proceed before a United States Magistrate Judge.

**The parties do not unanimously consent to proceed before a United States Magistrate Judge.**

E.    Settlement:

    (1)    Provide the status of any settlement discussions to date.

**There have not been any settlement discussions to date.**

    (2)    Note whether the parties request a settlement conference.

**The parties do not request a settlement conference at this time.**

Respectfully submitted this 3rd day of January, 2008.

**Wagner, Johnston & Rosenthal, P.C.**

_[signature]_

S. Bradley Shipe
Suite 300
5855 Sandy Springs Circle
Atlanta, Georgia 30306
(404) 261-0500
Attorneys for Plaintiff

**Gonzalez Saggio and Harlan L.L.C.**

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive
Suite 500
Chicago, Illinois 60601
(312) 236-0475
Attorneys for Defendants

**Garofalo & Thiersch, P.C.**

s/Alez R. Thiersch
Alex R. Thiersch
150 N. Wacker Drive
Suite 2020
Chicago, Illinois 60606
(312) 743-6000
Attorneys for Plaintiff

**Gonzalez, Saggio and Harlan, L.L.C.**

s/Darryl Tom
Darryl Tom
35 East Wacker Drive
Suite 500
Chicago, IL 60601
(312) 236-0475
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thiersch@gtpclaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Steven Bradley Shipe
Wagner, Johnston & Rosenthal, P.C.
5855 Sandy Springs Circle
Suite 300
Atlanta, GA 30328

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax    312-236-1750
E-mail: vincent_vigil@gshllc.com