UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert Knowles
                      Plaintiff,

v.                                       Case No.: 1:07−cv−06131
                                               Honorable Robert M. Dow Jr.

Angelia Hopson, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the parties' second joint status report [27], filed on 6/23/08, the Court strikes the status hearing set for 6/26/08 and enters the following briefing schedule: the parties shall conduct a Rule 26(f) conference by 7/11/08; the parties shall serve initial discovery responses by 7/25/08; all discovery shall be completed by 12/31/08. This case is set for status conference on 11/25/08 at 9:00 am. In the interim, if the parties desire the involvement of the Court in a settlement conference, they are requested to contact Courtroom Deputy Theresa Kinney at (312) 435−5668.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.