UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT KNOWLES,

    Plaintiff,

vs.

ANGELIA HOPSON; RENEWABLE
RESOURCES, LLC; AND SAFETY
SOLUTIONS, INC.

    Defendants.

Case No: 07 CV 6131
Judge Robert M. Dow, Jr.
Courtroom 1919
Magistrate Judge Jeffrey Cole
Courtroom 1838

**MOTION FOR AN EXTENSION OF TIME TO ANSWER COMPLAINT**

    NOW COME Defendants Angelia Hopson; Renewable Resources, LLC; and Safety Solutions, Inc. (collectively, "Defendants") and respectfully request that this Honorable Court extend the time for Defendants to file their answer to Plaintiff's complaint. In support of this motion, the following is stated:

    1.    On June 12, 2008 Judge Dow issued his Memorandum Opinion and Order (the "Order") denying Defendants' motion to dismiss Plaintiffs' complaint pursuant to FRCP 12(b)(6) and denying Defendants' alternative request for a more definite statement pursuant to FRCP 12(e).

    2.    The Order also provided that the above referenced matter be set for a status hearing on June 26, 2008 at 9:00 a.m. and that the parties jointly file a short status report by June 24, 2008 setting forth their views on a proposed discovery schedule.

    3.    In compliance with this Court's Order, counsel for the respective parties conferred and prepared a Second Joint Status Report which was filed with the Clerk of

Court on June 23, 2008 by plaintiff's counsel, Alex R. Thiersch (Exhibit "A").

4. The Second Joint Status Report provides, in pertinent part, the following: "The plaintiff has agreed to give the Defendants through and including July 9, 2008, to file their answer to the complaint."

5. Defendants hereby request that this Honorable Court grant Defendants an extension of time to file their answer to Plaintiff's complaint up to and including July 9, 2008.

6. Defendants' request for additional time is to allow counsel for Defendants a sufficient amount of time to confer with Defendant Angelia Hopson (in her individual and representative capacities vis-a-vis the other named defendants) for the purpose of formulating responses to the allegations contained in the complaint.

7. This motion is brought on good cause shown, in the interests of justice, and is not meant solely for the purposes of delay. This Court has already approved the parties' proposed schedule for the completion of discovery (Exhibit "B"). The granting of this Motion will not alter the discovery schedule approved by the Court.

WHEREFORE, Defendants Angelia Hopson; Renewable Resources, LLC; and Safety Solutions, Inc. respectfully request that this Honorable Court enter an order granting all Defendants an extension of time up to and including July 9, 2008 to answer Plaintiff's complaint, and for such other and further relief that this court deems just and appropriate.

                                        s/Vincent Vigil
                                        Vincent Vigil
                                        35 East Wacker Drive, Suite 500
                                        Chicago, IL 60601
                                        Phone 312- 236-0475
                                        Fax    312-236-1750
                                        E-mail: vincent_vigil@gshllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thiersch@gtpclaw.com, sbshipe@wjrlaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive, Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax    312-236-1750
E-mail: vincent_vigil@gshllc.com