IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KNOWLES,<br><br>　　Plaintiff,<br><br>v.<br><br>ANGELIA HOPSON; RENEWABLE RESOURCES, LLC; AND SAFETY SOLUTIONS, INC.;<br><br>　　Defendants. | Civil Action No. 07-CV-6131<br><br>Judge Robert M. Dow |

### SECOND JOINT STATUS REPORT

COME NOW the parties, and pursuant to the Court's Order of June 12, 2008, hereby submit this status report.

The plaintiff has agreed to give the Defendants through and including July 9, 2008, to file their answer to the complaint. Based on this timeframe, the parties propose the following:

　A.　The parties counsel shall conduct a Rule 26(f) conference via telephone on July 11, 2008;

　B.　The parties shall serve the initial discovery responses as called for by Rule 26(a)(1) no later than July 25, 2008; and

　C.　Discovery shall be completed by December 31, 2008.

Respectfully submitted this 24th day of June, 2008.

| | |
|---|---|
| **Wagner, Johnston & Rosenthal, P.C.** | **Gonzalez Saggio and Harlan L.L.C.** |
| s/S. Bradley Shipe | s/Vincent Vigil |
| S. Bradley Shipe | Vincent Vigil |
| Suite 300 | 35 East Wacker Drive |
| 5855 Sandy Springs Circle | Suite 500 |
| Atlanta, Georgia 30306 | Chicago, Illinois 60601 |
| (404) 261-0500 | (312) 236-0475 |
| Attorneys for Plaintiff | Attorneys for Defendants |



EXHIBIT A

| | |
|---|---|
| **Garofalo & Thiersch, P.C.** | **Gonzalez, Saggio and Harlan, L.L.C.** |
| s/Alez R. Thiersch | s/Darryl Tom |
| Alex R. Thiersch | Darryl Tom |
| 150 N. Wacker Drive | 35 East Wacker Drive |
| Suite 2020 | Suite 500 |
| Chicago, Illinois 60606 | Chicago, IL 60601 |
| (312) 743-6000 | (312) 236-0475 |
| Attorneys for Plaintiff | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

vincent_vigil@gshllc.com, sbshipe@wjrlaw.com, and darryl_tom@gshllp.com.

s/Alex R. Thiersch
Alex R. Thiersch
150 N. Wacker Drive
Suite 2020
Chicago, Illinois 60606
(312) 743-6000
E-mail: thiersch@gtpclaw.com