# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ROBERT KNOWLES,

    Plaintiff,

vs.

ANGELIA HOPSON; RENEWABLE RESOURCES, LLC; AND SAFETY SOLUTIONS, INC.

    Defendants.

Case No: 07 CV 6131
Judge Robert M. Dow, Jr.
Courtroom 1919
Magistrate Judge Jeffrey Cole
Courtroom 1838

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:    Steven Bradley Shipe
Wagner, Johnston & Rosenthal, P.C.
5855 Sandy Springs Circle
Suite 300
Atlanta, GA 30328

Garosalo & Thiersch PC
150 N. Wacker Drive.
Suite 2020
Chicago, IL 60606

PLEASE TAKE NOTICE that on Thursday, June 26, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached Motion for an Extension of Time to Answer Complaint which is hereby served upon you.

s/Vincent Vigil
Vincent Vigil
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312- 236-0475
Fax     312-236-1750
E-mail: vincent_vigil@gshllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: thiersch@gtpclaw.com, sbshipe@wjrlaw.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

        s/Vincent Vigil
        Vincent Vigil
        35 East Wacker Drive
        Suite 500
        Chicago, IL 60601
        Phone 312- 236-0475
        Fax    312-236-1750
        E-mail: vincent_vigil@gshllc.com