## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert Knowles

                    Plaintiff,

v.                                    Case No.: 1:07−cv−06131
                                             Honorable Robert M. Dow Jr.

Angelia Hopson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Defendants Angelia Hopson, Renewable Resources, LLC, Safety Solutions, Inc. for extension of time to file answer [29] is granted. Defendants Angelia Hopson, Renewable Resources, LLC, Safety Solutions, Inc. to file answer or otherwise plead by 7/9/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.