IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KNOWLES,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELIA HOPSON; RENEWABLE RESOURCES, LLC; AND SAFETY SOLUTIONS, INC.;<br><br>    Defendants. | Civil Action No. 07-CV-6131<br><br>Judge Robert M. Dow |

**PLAINTIFF'S RESPONSES TO MANDATORY INTERROGATORIES**

**COMES NOW** Robert Knowles, by and through counsel, and pursuant to Fed. Rule Civ. P. 26(a)(1), shows as follows:

(i)   The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

**Please see the witness list attached hereto as Attachment A.**

(ii)   A copy—or a description by category and location—of all document, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

**Please see the document list attached hereto as Attachment B.**

 (iii) A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

**In addition to injunctive and equitable relief, Plaintiff seeks refund of his investment ($250,000.00) plus interest on said sum from the date(s) of payment. Plaintiff also seeks any statutory damages, attorneys' fees and other costs of litigation, and punitive damages in an amount to be determined by the trier of fact.**

 (iv) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

**Plaintiff is not aware of any insurance agreements.**

<u>Plaintiffs reserve the right to supplement these Responses</u>.

Respectfully submitted, this 25th day of July, 2008.

| | |
|---|---|
| Wagner, Johnston & Rosenthal P.C.<br>5855 Sandy Springs Circle<br>Suite 300<br>Atlanta, GA  30328<br>(404) 261-0500 | By: :_s/S. Bradley Shipe/_____<br>　　S. Bradley Shipe<br><br>　　Attorneys for Plaintiff Robert<br>　　Knowles |
| Garofalo & Thiersch, P.C.<br>150 N. Wacker Drive<br>Suite 2020<br>Chicago, IL 60606<br>(312) 743-6000 | By: :_s/Alex R. Thiersch/_____<br>　　Alex R. Thiersch<br><br>　　Attorneys for Plaintiff Robert<br>　　Knowles |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing **Plaintiff's Response to Mandatory Interrogatories** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Vincent Vigil, Esq.<br>
33 East Wacker Drive, Suite 500<br>
Chicago, Illinois 60601

Respectfully submitted this 25th day of July, 2008.

Garofalo & Thiersch, P.C.
150 N. Wacker Drive
Suite 2020
Chicago, IL 60606
(312) 743-6000

By:__s/Alex R. Thiersch/_____
    Alex R. Thiersch

    Attorneys for Plaintiff Robert Knowles

# ATTACHMENT "A"

# WITNESS LIST

**Robert Knowles, Plaintiff, has knowledge concerning the allegations of the complaint.**

**Angelia Hopson, Defendant, has knowledge concerning the allegations of the complaint.**

**Shirleen Small, 7655 S. Racine Avenue, Chicago, IL 60620, is believed to have knowledge concerning the communications between the parties and concerning the Defendant corporations.**

**Robert Liebich, 4107 N. Kostner Avenue, Chicago, IL 60641, is believed to have knowledge concerning the communications between the parties and concerning the Defendant corporations.**

**Kathy Liebich, 4107 N. Kostner Avenue, Chicago, IL 60641, is believed to have knowledge concerning the Defendant corporations.**

**Emmitt House, is believed to have knowledge concerning communications between the parties and involving Defendant corporations.**

**Herb Stokes, 954 W. Washington Boulevard, Suite 2SW, Chicago, IL 60607, is believed to have knowledge concerning the communications between the parties.**

**Phil Baretta, address to be provided, is believed to have knowledge concerning the communications between the parties.**

# ATTACHMENT "B"

# LIST OF DOCUMENTS

1. Letter agreement, referred to in Paragraph 13 of Complaint.

2. Any other agreements between the parties.

3. Check and wire transfer receipts reflecting payments referred to in Paragraph 15 of the Complaint.

4. Checks and bank records (including wire transfer request) reflecting payments referred to in Paragraph 18 of the Complaint.

5. Other financial documents referred to in Paragraph 25 of the Complaint.

6. Renewable Resources Executive Summary;

7. Renewable Resources Project Contacts;

8. Letters from Angelia Hopson (including 6/4/07 and 6/27/07) to Plaintiff;

9. Letters from Plaintiff (including 9/16/07) to Angelia Hopson;

10. Letter agreement between Angelia Hopson and Kathy and Robert Liebich;

11. "Promissory Note" dated 12/11/06;

12. Other communications, including emails, between the parties and/or their counsel.